872

No. 1107. UNITED STATES EX REL. DURKIN v. McDONNELL, U. S. MARSHAL. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Henry L. Balaban* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Andrew F. Oehmann* for respondent.

No. 1144. WILSON v. JOHNSTON, WARDEN. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Petitioner *pro se.* *Solicitor General McGrath, Robert S. Erdahl* and *Beatrice Rosenberg* for respondent.

No. 1155. BLEDSOE v. JOHNSTON, WARDEN. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Petitioner *pro se.* *Solicitor General McGrath* and *Robert S. Erdahl* for respondent.

No. 1162. MURPHY v. MURPHY. June 10, 1946. Petition for writ of certiorari to the Supreme Court of Florida denied. Petitioner *pro se.* *Thomas H. Anderson* for respondent.

No. 1206. AUDETT v. UNITED STATES. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Petitioner *pro se.* *Solicitor General McGrath, Robert S. Erdahl* and *Leon Ulman* for the United States.